ORDERED ACCORDINGLY.

Dated: January 13, 2021

_____
**Brenda K. Martin, Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter: 13 |
| CHRISTIE RENEE MONREAL | Case No. 2:19−bk−14340−BKM |
| Debtor | ORDER DISMISSING CHAPTER 13 CASE |

The Court having considered the Debtors' Motion to Voluntarily Dismiss Chapter 13 Case, and good cause appearing therefor,

**IT IS HEREBY ORDERED** dismissing this Chapter 13 case.

**DATED AND SIGNED ABOVE**.